

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00095-CR

_____

WILLIE MEDFORD, JR., Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 354th District Court
Hunt County, Texas
Trial Court No. 28497

Before Morriss, C.J., Carter and Moseley, JJ.

# O R D E R

Appellant, Willie Medford, Jr., appeals from his conviction of possession of a controlled substance. The clerk's record was filed June 18, 2013, and the reporter's record was filed June 19, 2013, making the appellant's brief due July 19, 2013. On July 15, counsel for appellant filed a motion seeking an extension of appellant's briefing deadline. The motion was granted, and the deadline was extended to August 9, 2013. On August 30, 2013, this Court advised counsel for appellant that the appellate brief was three weeks past due, without a request for more time or any explanation to this Court for its absence. We warned counsel that if appellant's brief and an adequate explanation for the delay was not received within ten days of the August 30 letter to counsel, the appeal would be subject to abatement to the trial court for a hearing. Rather than filing the brief with an adequate explanation for the delay, counsel for appellant filed another motion seeking a sixty-day extension of the briefing deadline.

We have reviewed counsel's motion to extend and the record on appeal, and we have been provided with no compelling information to convince us that this brief requires more time to prepare. The motion to extend time to file appellant's brief is overruled.

We order counsel to file appellant's brief with this Court on or before October 8, 2013.

IT IS SO ORDERED.


BY THE COURT

Date:  September 17, 2013

2